E-FILED
Friday, 09 June, 2006 11:32:27 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED JUN 8 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CR 06-20038 |
| ) | |
| MARCO BELL, ) | Title 21, United States Code, |
| ) | Sections 841(a)(1) and (b)(1)(B)(iii) |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about April 25, 2006, at Kankakee, in the Central District of Illinois,

**MARCO BELL,**

defendant herein, did knowingly possess more than five grams of a mixture and substance containing cocaine base ("crack") and more than 100 grams of a mixture and substance containing powder cocaine, both of which are Schedule II Controlled Substances, with the intent to distribute them;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

A TRUE BILL.

s/Foreperson
_____
FOREPERSON

s/Gregory Harris for
_____
RODGER A. HEATON
United States Attorney

RNC