E-FILED
Friday, 16 June, 2006 02:55:13 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> Plaintiff | ) <br> ) <br> ) <br> ) CASE NO. **06-20038** <br> ) |
| **MARCO BELL** <br> Defendant | ) <br> ) |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **2:30 P.M.** on **AUGUST 4, 2006,** before the Honorable Michael P. McCuskey.

IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **AUGUST 14, 2006,** before the Honorable Michael P. McCuskey.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 16th day of June, 2006.

s/  David G. Bernthal

DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE

06-20038 scheduling order.wpd