**E-FILED**
Wednesday, 21 June, 2006 11:56:40 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>vs<br><br>MARCO BELL<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **WARRANT FOR ARREST**<br><br><br>CASE NO. 06-20038<br><br>**FILED**<br>JUN 21 2006<br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS<br>URBANA, IL |

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **MARCO BELL**, and bring him forthwith to the nearest magistrate judge to answer an Indictment charging him with Possession with Intent to Deliver more than 5 grams of crack and cocaine in violation of Title 21, United States Code, Section(s) 841(a)(1) and (b)(1)(B)(iii).

---

**DAVID G. BERNTHAL**                    **U.S. MAGISTRATE JUDGE**
Name of Issuing Officer                  Title of Issuing Officer

s/David G. Bernthal                      June 9, 2006         Urbana, IL
Signature of Issuing Officer             Date and Location

**Bail fixed at NONE. To be determined at initial appearance.**

---

### RETURN
This warrant was received and executed with the arrest of the above named defendant at _Kankakee_

| Date Received 06/12/06 | Name of Arresting Officer S/A Carnahan | Signature of Arresting Officer |
| Date of Arrest 06/16/06 | Title of Arresting Officer | [signature] |