E-FILED
Wednesday, 02 August, 2006  03:12:15 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARCO BELL,<br><br>    Defendant | No.: 06-20038 |

### *MOTION TO CONTINUE PRETRIAL CONFERENCE*

NOW COMES the Defendant, MARCO BELL, by and through his attorneys, Richard H. Parsons and John Taylor of the Federal Public Defender's Office of the Central District of Illinois, and moves this Court for the entry of an Order continuing the pretrial conference date, presently scheduled for August 4, 2006 at 2:30, and in support thereof, states as follows:

1.    The Office of the Federal Public Defender was appointed to represent MARCO BELL by United States Magistrate Judge Bernthal on or about June 16, 2006.

2.    Defense counsel has received a timely plea agreement from the Government and needs more time to discuss it with his client.

3.    Counsel anticipates that this case will be a plea, but would like further time to confer with his client.

WHEREFORE, Defendant respectfully requests the entry of an Order continuing the pretrial conference date in this cause.

1

Respectfully Submitted,

MARCO BELL, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY:    s/John Taylor
_____
JOHN TAYLOR
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile: (217) 373-0667
Email: John_Taylor@fd.org

## *CERTIFICATE OF SERVICE*

I hereby certify that on August 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Richard N. Cox.

                                                          s/John Taylor

                                                          _____
JOHN TAYLOR
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile: (217) 373-0667
Email: John_Taylor@fd.org

I:\Clients - Open Files\Bell, Marco\Motion To Continue.wpd