UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 06-20038 |
| ) | |
| MARCO BELL, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S SENTENCING EXHIBITS

Now comes the Defendant, MARCO BELL, by his attorneys, RICHARD H. PARSONS and JOHN TAYLOR of the Federal Public Defender's Office, and pursuant to Fed. R. Crim. P. 32(h)(i)(1)(C), hereby enters the following exhibits into evidence to support his oral commentary and in lieu of witness testimony regarding his appropriate sentence:

1. Exhibit A: Valentina Bulik-Bohner Letter;
2. Exhibit B: My'nesha Bell Letter;
3. Exhibit C: Alcantus Riley Letter;
4. Exhibit D: Jason Burse Letter;
5. Exhibit E: Twanna Campbell Letter;
6. Exhibit F: Karen Campbell Letter;
7. Exhibit G: Darlene Faust Letter;
8. Exhibit H: Kashayla Boxley Letter;
9. Exhibit I: Marisa Ward Letter;
10. Exhibit J: Shauwna Ward Letter; and
11. Exhibit K: Denise Campbell Letter.

Respectfully Submitted,

MARCO BELL, Defendant

RICHARD H. PARSONS  
Federal Public Defender

BY: ____s/John Taylor_____  
JOHN TAYLOR  
Assistant Federal Public Defender  
300 West Main Street  
Urbana, Illinois 61801  
Telephone: (217) 373-0666  
Facsimile: (217) 373-0667  
Email: john_taylor@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Richard N. Cox.

s/John Taylor  
_____  
JOHN TAYLOR  
Assistant Federal Public Defender  
300 West Main Street  
Urbana, Illinois 61801  
Telephone: (217) 373-0666  
Facsimile : (217) 373-0667  
Email: john_taylor@fd.org

E-FILED
Friday, 01 December, 2006 12:52:09 PM
Clerk, U.S. District Court, ILCD

November 3, 2006

Dear Michael P. McCuskey,

I would like to write this letter to address the character of Marco Bell. I would like to take this opportunity to let you know how I came to know him. I had the privilege of having My'Nesha Bell in my pre-school classroom for two years. The students at our school attend from three years old to five years old. My'Nesha was in my classroom from the time she was three to the time she turned five. Marco was a parent that was very involved in his child's education. There are so many things that I can tell you about Marco. I could probably write a six page letter telling you about his involvement in his daughter's life and education. I came to know Marco four years ago and I would consider him a friend. I am a teacher that gets to know her students and their families. I feel that it is essential to know a child's family as well as I know the child. Some families are more reserved than others but I do like to get to know the whole family when I have a student in my classroom. The Bell family was one of the families that I came to know well. Marco and Twanna were very involved. Since this letter is about the character of Marco, I will focus on that. Marco had certain parameters that he had to follow when he came to visit our school. Most parents would shy away and choose not to visit under parameters. Marco was not one of those people. He was willing to follow the rules when he would visit our classroom and school. I can remember one particular occasion when he called and asked if he could bring cupcakes for My'Nesha's classmates for Halloween. I agreed and he came. He did not just come with cupcakes but he came with cupcakes that he special ordered. Each child had a plastic ring inside their cupcake. He also had a goodie bag for each child. Marco did not just drop them off and leave, he stayed and helped me pass things out and clean up. Marco was one of those parents that really cared about his child and the other children in the classroom. Another time I can remember is when I was preparing to have a Christmas program. I had to put in many hours of time to prepare for the program. Marco was willing to come in and help me get ready so things would run smoothly. On one more occasion, I was having an end of the year celebration, I have a picnic at the end of the year each year for the families in my classroom. We have a barbeque and we spend the whole day at the park. When I asked parents to donate items, many did not. Marco asked me what I needed and he went above and beyond his call of duty. He purchased almost all of the donations to make our picnic a memorable experience. I ask parents in advance if they will help do the cooking at the picnic. I had two parents volunteer to cook. I did not want to ask Marco since he already purchased almost all of the food and he helped with the graduation celebration the evening before. We got to the park and the parents that we supposed to help cook did not come. I was almost in tears. I was not going to be able to cook and supervise 18 children. Marco came and told me that he would do the cooking. I did not even ask him to help. He came and volunteered his expertise. Not only did Marco stay and barbeque for his daughters class, he stayed and helped all day. That was a picnic that I will never forget, we had a great time and we had great food!

Marco did not just see the need for help but he was willing to go above and beyond by giving of himself. Marco was one of those parents that was a lot of fun to have around. He would have a positive attitude. After My'Nesha went to elementary school I saw Marco a few times. Each time he would stop doing what he was doing to take the time to talk to me and fill me in on how well My'Nesha was doing. One time that stands out in my mind was last winter when I saw him at the pet store. We were both finished shopping and he gave me a hug. He thanked me for being his daughter's teacher. Your honor, I consider myself an intelligent woman. I have a Bachelor's Degree in Elementary Education and I have two Master's Degrees; one in Curriculum and Instruction and one in Administration. I have taught over 500 children in my teaching experience. I meet all different people from all walks of life, Marco is a kind, caring person that loves his family and children. I hope that this letter stands as a way for you to see the Marco that I know as a parent and a loving father.

Sincerely,

s/Valentina Bulik-Bohner

**Valentina Bulik-Bohner**

Dear Judge Michael P. McCuskey,

My name is My'nesha Bell. Marco Bell is my daddy. He is the best dad in the world. He helped me learn how to read a book. He helped me learn me colors and helped me learn how to count. I can count to 220 now. My daddy helped me with my homework and went on filltrips with me. He is a good daddy. He useto cook salmon and rice, which is my favorite. He useto take us to six flag great america and to apple bees. My dad taught me so much that I got so smart. I love my dad so much I wish he was out of jail. I love and miss him so much. He was the best dad ever. I wish I can see him and talk to him more like I useto. I cry sometimes at home because I am so sad because he is not here. Thanks My'nesha Bell age 6

E-FILED
Friday, 01 December, 2006   12:53:06 PM
Clerk, U.S. District Court, ILCD

10-31-06

Dear Judge Michael P. McCuskey,

My name is Alcantus Riley, Marco Bell. Marco is my dad. He bought me two bikes and help me with my homework, and to me to tutoring. He came up to my school to see if I was doing well in class. My dad always cooked for me, sister and cousins dinner when my mom have work. He comes to my games and take me to practice at 4:00 to 10:00. He took us to resteraunts and to the movies, Sixflags and splash valley and the park.

The reason why I want my dad out of jail because I want him to help me with my homework. I want him to take us places again. I met him when I was olny three.

He is the olny dad I had in my life. I really love him because he treated me right. I love and miss him in my life very much.

Dear Judge Micheal P McCuskery;

My name is Jason Burse, Nephew of Marco Bell. I'm writing on behalf of my uncle Marco. I want to tell you how good of a person my uncle is. He does alot for our family like paying bills and feeding everyone. Infact, for my birthday he gave me $100.

He also takes us out to eat, to movies, and to any kind of practices we have. He was strict and had tough love because he cared. He took us to places like 6 Flags and other Theme Parks. We had respect for and appreciated him. I met him when I was 5. You might not have known

him as long but maybe you too, Judge McCuskey, may also see him as the person I see him as.

Sincerely,

s/Jason Burse

age 12

P.S. I'd love to see him very soon. Thank You.

Dear Judge Michael P. McCuskey,

My name is Luanna Campbell. I'm writing you on the behalf of Marco Bell whom I have known for over 15 years. And over these years I have seen Marco grow from a disobedient teen to responsible and respectable man and father. Marco is a very caring, loving and devoted father, son, brother, companion and friend. I have never seen him care for people then the way he does today. He has a caring heart. He's in a bad situation now and all he can do is think about his kids and their well being, and the families, not himself. My heart aches for him every day because he didn't get a fair chance to show the world who Marco Bell really is. I'm not here to make him out to be a saint. I'm just hoping I could paint you a picture of Marco who is a "Father". He very devoted to his children, nieces, nephews, and cousins. Wheather it meant picking up or dropping off @ football, baseball, or karate practices Marco was there, he made it easy for me and my sisters to go to work without worrying wheather or not our children was

properly cared for. He made sure they didn't miss a game, or tourament. He attended parent teacher conferences, after school family reading and math nights. Made sure kids got tutoring when they need it. Participarted in the kids schools, when allow to. was admired by teachers and parents for being so involved in his Children school, attending parent and teacher seminars. Marco is an all around ginune support system in all angles for his children in what ever they wanted to do. He let them make mistakes, but made sure they learn a valueable lesson from them. He let them fall and showed them how to dust their selves off and get back up. From changing diapers and feedings, to teaching them to ride a bike, hit a baseball, catch a football, jum rope, read a book, count to 100, learn their colors. He provided what they needed, not what they wanted. instead taught them how to earn what they wanted. He filled his father shoes and many more. He was more involved in the children then I. He gives it his all, in all he does. He's a very hard worker, when he's able to get a job. He gives 110%, never missed a day of work except when under doctors care. He became employee of the month at Staff Mart (an staff agency) he went through to get a job at "PACTV" where

he was then hired on through the company. I do know that if he was able to find work today we wouldn't be where we are today and I wouldn't be writing you. But we are and I am. Praying that you can some how see in Marco the man and father we do. Marco is the type of men who cares about others first, he feeds and clothes the homeless, he collects cans just so he could give them to a man and his son who picks through the garbage cans for them. He helps all the neighbors with whatever they needed help with, from changing tires to shoveling snow. He's not the kind of man who should be locked up for a long time away from his children he's a very vital part of there lives, they deserve to have there father watch a couple more of there games, tournaments, awards ceremonies. His 6 year old daughter just made "Student of the Quarter" for the second year in a row and she's only in 1st grade and his 9 year old son made all A's and it's all because he was theirs teaching and guiding them when I couldn't be there. This his affected them so much my daughter is pulling her hair out, urinating on herself at times, my son is acting out in school, but Marco continues to try to get them through it as best as he can. I'm grateful that I have had him there to raise our kids and guide them as he has. I'm not asking that

you just set him free. He owns up to his responsibilities and he know he will have to pay from the mistake he has made. But his children shouldn't have to pay too theirs just innocent pons. I asking and praying that you can show some leniency in yours sentencing of Marco Bell he's a caring and loving person he's a Father. I'm hope this letter finds you in the best of spirits and hopes that you can find it in your heart to see Marco as the man and father we see him as.

Respectfully Yours

s/Twanna Campbell

10-29-06

Dear Judge Michael P. McCuskey

Hi my name is Karen Campbell, I'm a registered nurse on a medical intensive care unit. I'm writing this letter on behalf of my brother Marco Bell.

Marco has always been the type of person to make sure that home was taken care of. He has been a great help with the younger males in our family, he always made sure they were doing the right thing for the right reason. I'm a single mom with a 12 year old son and a lot of times I don't have the right answer for him but Uncle Marco was always there. We all do things we shouldn't do and there is always a consequence for that, but sometime we don't fully realize the impact it has on our younger generation. I guess I say that to ask that you be lenient on my brother and the kids dad and uncle. He has made a difference in their lives. Thank You Your Honor

Dear, "Judge Michael P. McCuskey",

I'm writing in regards of "Marco Bell". I will start out on how he helped my family. When I moved down to "Kankakee, Il.", I didn't know anyone & I was having so many problems out of my son in school. I talked to Marco about it and he told me it would be alright. Marco took my only son under his wing, as well as my three girls also. Marco would show up after school and help them with their homework and after that, he would take them to the park. "Judge", Marco would have cook-outs for the kids and they friends all the time. Marco was like a big brother to me and a uncle to my kids. Please consider all the kids out here who look up to Marco. If any of my kids got into trouble, he was right there for them. He was like a father figure to a lot of kids. "Marco Bell", is a family man, he believed that family comes before anything. He is a great father to his children and I know he loves them very much. Marco is the type of person who showed his love toward everybody instead of talking

about it. He was ~~the~~ always there to lend a helping hand for anything, (yard work, changing a tire, starting the grill) ect.... You name it, he had your back. "Judge", his family needs him back cause their lost without him. I know how they (the kids) feel, cause I had to grow up without my mom & dad. I ~~always~~ always wondered what my life would be like if I had my parents there for me like he is for his own kids. "Judge", if you would please consider all the things im writing & saying I would be greatful. I miss Marco, my kids, and everybody around misses him as well. My son comes up to me all the time and ask me when is uncle Marco coming home so I can show him my touchdown dance I learned. I know Marco would make a big difference in childrens lives out here. I know they would ~~t~~ love to see him again. Every year, the kids look forward to the cook-outs ~~that~~ that he gives them for being good. It hasn't been the same without him. He really showed the kids that he cared.

Marco took time out just for the kids and even gave some one on one time for the ones who had problems." Judge Michael P~~...~~ McCuskey", I hope everything I said in this letter will help you show leniency on Marco's sentence, so he can come home to his family & love ones. We all miss & need him home where he belonges.

Thank you again for listening,

s/Darlene Faust

Thanks – again

"god-bless"

Dear Judge Michael P. McCuskey,

My name is Kashayla Boxley, And Marco Bell is my uncle. Marco is a nice uncle. Marco is also a great cook too. He taught me how to ride a bike. He took me and my cousin to the park, Diary queen. Sometimes he took us to the movies. And I really, really love him. When my grandma died he talk to me when I cried about my grandma. He took us to the Six flags great America it was fun because he would make us laugh. And he is very, funny when he dance's. And I really, really, really, love him very, very, very much.

Sincerely,

Kashayla Boxley Age 8

P.S. please let him out early my cousin's are so sad. And I miss him very much

Dear Judge Micheal P. McCuskey,

I'm writing because I've known Marco Bell Practically all my life. And he is a home provider and he thinks more of other people wants and needs. He makes sure his family is taking care of they are his top priority. I'm a single mother of three teenage girls, whom are his cousin. He helps me keep them under control. When ever I have a problems with my girls he comes over and talk to them. Since he's been gone that cousin/father figure is not here to guide them. He always taught them to respect themselves as young ladies, and not to be in a rush to grow up to fast. He always taught them that their education should come first and to stay in school and go to college. He always had a way of keeping his little cousins in line. When I had to work I could always count on him to keep and eye on his little cousins. Doing the summer he would pay them to babysit for him even though he didn't need them to. And at the end of the summer he would take them with his family to sixflags. We miss him very much and things aren't the same without him. He has been through so much in life and he has taught us all through his mistakes so that we, our kids, his kids, nieces, and nephew wouldn't end up making the same mistakes. He knew how to talk to all the kids and a way that none of us could. He's a big influence on his friends and family. And we strongly need and misses him very much. So Judge I ask on part of myself and my family that you can please be lenient on his sentence.

Sincerely,

s/Marisa Ward

Dear Judge micheal P. McCuskey,

Hi my name is Shauwna Ward and I would like you to know that I am writing you on the behalf of Marco Bell. Please take in consideration that Marco is a very good man, friend, and father. Marco is the kind of person who puts everybody before himself, even now. Marco helped me in a very special way, because I can remember times when I would become depressed and talk about not wanting to live and talks of killing myself. He would talk to me and tell me stories of all the things he'd been through in his life and all the times he thought of just giving up, but he didn't because he knew it would hurt his family. So he told me "think about all the lives and families you would hurt he said to take all the time you spend thinking about harming yourself and put it into loving yourself and let go of all the things of your pass that depresses you and start a new day today, because if you give up then you lose". And from that day, that one conversation I have learn to love myself and to live each day for what it is and not worry about yesterday. Judge McCuskey I have only known Marco for 6 years and in those 6 years he has done more for me than anyone has done for me in my lifetime. I believe this is my way of showing Marco of how much I appreciated that one conversation. He has made me think twice about life. So I ask that you could please show leniency on his sentencing. He has a family that cares and loves him very much. He's a good man and a great father to his children. He has made some mistakes in his life and pays for them everyday. But he is truely a man that deserves a second chance.

Thank You

s/Shauwna Ward

E-FILED
Friday, 01 December, 2006  12:57:12 PM
Clerk, U.S. District Court, ILCD

Dear Judge Micheal P. McCuskey,

      I'm writing you today, in the regards of a Marco Bell. I have known Marco for over fifteen years. I came to known him through my daughter. I respect him with all my heart. As a parent your kids will always be your kids, and you want the best for them. And I couldn't have pick a better man for my daughter. Marco has always shown me respect. He has always put my daughters and grandchildren well-being first. I'm not a judgemental person, I respect and trust people until they give me a reason not to. Marco has never given me a reason not to trust him. I don't agreed with the way he choses to do things, but I haven't walked in his shoes either. Marco has been a great father to his children. He has instilled good qualities in them so that they wouldn't have to go through what he has.  He's their friend, teachers, mentor, and father all in one. He means so much to so many people. He's has touched so many people lives in so manys. This young man has done so much for me it has been a blessing knowing him. He is a son to me. I found myself at a crossroad at the beginning of this year. I suffered a health scare. Marco was their for me, he came to the hospital everyday and just set and talk with me. My own husband and son didn't show up. But Marco was there everyday with my grandkids. He has shown me unconditional love. And in return I love him the same maybe even more. One day my six year old granddaughter was talking to me she said,"grandma your food taste good, but my dads taste better". She really misses him she talks about him everyday.  Marco has made some mistakes in his life and a few bad choices. I ask that you, Judge Micheal P. McCuskey can please take into consideration the man, the father we know and love as a loving and caring person from the bottom of his heart. And have leniency on his sentencing.


With Best Regards,

s/Denise Campbell

Denise Campbell